AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

GINA FAVORITO

Plaintiff (s),

V.

ALLIED INSURANCE COMPANY

Defendant (s),

CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY

CASE NUMBER: 5:12-CV-05386 EJD

Notice is hereby given that, subject to approval by the court, __Allied Insurance Company__ substitutes
(Party (s) Name)

__James E. Fitzgerald__, State Bar No. __108785__ as counsel of record in
(Name of New Attorney)

place of __John T. Burnite of Wilson Elser Moskowitz Edelman & Dicker__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Stroock & Stroock & Lavan LLP
Address: 2029 Century Park East, Suite 1600, Los Angeles, CA 90067
Telephone: (310) 556-5831      Facsimile (310) 556-5959
E-Mail (Optional): jfitzgerald@stroock.com; lacalendar@stroock.com

I consent to the above substitution.
Date: 5/6/13

(Signature of Party (s))

I consent to being substituted.
Date: 5/7/13

(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 5/3/2013

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 5/8/2013

United States District Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2013, a copy of the foregoing **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's EM/ECF System.

Michael G. W. Lee, Esq.
Law Offices of Michael G.W. Lee
360 Post Street, 8th Floor
San Francisco, CA 94108
(*via U.S. Mail*)

/s/ James E. Fitzgerald
[Name of Attorney]

LA 51320868