STROOCK & STROOCK & LAVAN LLP
JAMES E. FITZGERALD (State Bar No. 108785)
jfitzgerald@stroock.com
BRIAN FODERA (State Bar No. 246391)
bfodera@stroock.com
2029 Century Park East
Los Angeles, California 90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959

Attorneys for Defendant
Allied Property and Casualty Insurance Company
(erroneously served as Allied Insurance Company)

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA FAVORITO,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ALLIED INSURANCE COMPANY, and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No. CV 12-05386-EJD<br><br>(The Honorable Edward J. Davila)<br><br>**STIPULATION TO DISMISS; ORDER THEREON** |

IT IS HEREBY STIPULATED by and between Plaintiff Gina Favorito and Defendant Allied Property and Casualty Insurance Company (erroneously sued as Allied Insurance Company), through their respective counsel of record, that the above-captioned action be and hereby is dismissed against Defendant Allied Property and Casualty Insurance Company (erroneously sued as Allied Insurance Company) pursuant to Federal Rule of Civil Procedure 41(a)(2), with the parties to bear their own fees and costs up to the time of dismissal.

Dated: August 13, 2013

MESIROW FINK CROWLEY & BRERETON

By: _____
John K. Crowley
Attorneys for Plaintiff
Gina Favorito

Dated: August 15, 2013

STROOCK & STROOCK & LAVAN LLP

By: _____
James E. Fitzgerald
Brian Fodera
Attorneys for Defendant
Allied Property and Casualty
Insurance Company (erroneously
sued as Allied Insurance Company)

### ORDER

The parties' stipulation is GRANTED and this case is DISMISSED. The clerk shall close this file. **IT IS SO ORDERED.**

Dated: August 19, 2013

_____
EDWARD J. DAVILA
United States District Judge